IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV579-03-MU

| | |
|---|---|
| WILLIAM T. YOUNG, ) | |
| Petitioner, ) | |
| v. ) | **O R D E R** |
| JOHN L. CROW, ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon Petitioner's Petition for Writ of Habeas Corpus, filed November 23, 2004 (Document No. 1.)

After careful review of the motion and case file, the undersigned finds that the Attorney General should file an Answer detailing Petitioner's allegations and responding to each.

**THEREFORE, IT IS HEREBY ORDERED** that, no later than forty (40) days from the filing of this Order, the Attorney General shall file an Answer to Petitioner's Petition for Writ of Habeas Corpus, detailing Petitioner's allegations and responding to each.

Graham C. Mullen
Chief United States District Judge